Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 3

```
                              Plaintiff,
   v.
UNITED STATES,
                              Defendant.
```

**S U M M O N S**

Ct. No. 23-00069

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

1.  Meihua Group International (Hong Kong) Limited and Xinjiang Meihua Amino Acid Co., Ltd (Meihua) are foreign producers/exporters of Xanthan Gum from the People's Republic of China
    (Name and standing of plaintiff)

2.  Meihua contests the Department's Final Results in the 8th Annual Administrative Review of the Antidumping Duty Order on Xanthan Gum from the PRC.  See Xanthan Gum from the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021, 88 Fed. Reg. 9861 (February 15, 2023)
    (Brief description of contested determination)

3.  _____
    (Date of determination)

4.  _____
    (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
Date

**SEE REVERSE SIDE**

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

SERVICE OF SUMMONS BY THE CLERK

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
Room 346
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Washington, DC 20530

Evangeline Keenan
Director APO/Dockets Unit
U.S. Department of Commerce
14th Street and Constitution Avenue
Room 18022
Washington, DC 20230